**MEMO ENDORSED**

# Josh Bernstein, P.C.

## Civil Rights & Employment Law

Josh Bernstein, P.C.
447 Broadway, 2nd Fl.
New York, NY 10013

(Phone) (646) 308-1515
(Fax) (718) 679-9517
jbernstein@jbernsteinpc.com

September 24, 2026

**RE: Request to for Order of Reference to Magistrate Judge**

The Honorable Colleen McMahon
United States District Court, Southern District of New York
500 Pearl Street, Room 2550
New York, NY 10007

*Maria Lopez v. The Century Association,* No. 26-3899

Judge McMahon,

I represent Plaintiff Maria Lopez in the above-captioned matter, and I write pursuant to Individual Rule V(B) to request that the Court issue an Order of reference to the Magistrate Judge for the purpose of resolving discovery issues that have arisen.

Thank you for your attention to this matter.

The undersigned has been referred for General Pre-Trial Supervision (Dkt. No. 21). Should there be any discovery disputes, the parties are advised that my Individual Rules require that the parties engage in a good-faith meet and confer prior to submitting letter-motions. Based on the parties' letters (Dkt. Nos. 19, 20), that has not yet occurred. If, after engaging in the required meet and confer, the parties are at an impasse, the parties may file letter-motions pursuant to my Individual Rules. SO ORDERED.

Date: October 6, 2026

Gary Stein
United States Magistate Judge
Southern District of New York

Very truly yours,

/s Joshua Alexander Bernstein
Joshua Alexander Bernstein